| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>KELLY, ROBERT F | 2. Court or Organization<br><br>U.S. DIST. CT. for E.D. PA | 3. Date of Report<br><br>03/07/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>ARTICLE III JUDGE (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer             Date | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAR 14 A 11: 01 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLY, ROBERT F | 03/07/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. ANNUAL | STATE OF PENNSYLVANIA–Pension Annuity | $ 18,222.60 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Thru 7/31 | CRAWFORD, WILSON & RYAN, LLC–Salary (ending 7/31/2006) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLY, ROBERT F | 03/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLY, ROBERT F | 03/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wachovia Bank Savings Account | A | Interest | K | T | | | | | |
| 2. Wachovia Bank Savings Account | A | Interest | K | T | | | | | |
| 3. Vanguard Tax Free PA Muni Money Market Fund | A | Int./Div. | K | T | Reinvest | Var | J | | |
| 4. Freeport McMoran Copper and Gold Common Stock, CL.B | D | Dividend | L | T | | | | | |
| 5. McDonald's Corp. Common Stock | B | Dividend | L | T | | | | | |
| 6. U.S. Series EE Bonds | A | Interest | J | W | | | | | |
| 7. IRA Vanguard Star Fund | C | Distribution | L | T | Redemption | Var. | J | | |
| 8. Ira Vanguard Start Fund | A | Dividend | L | T | Reinvest | VAR. | J | | |
| 9. Vanguard PA LT Insured Tax Free Fund | A | Int./Div. | K | T | Reinvest | Var | J | | |
| 10. Vanguard International Growth Fund | A | Dividend | J | T | Reinvest | Var | J | | |
| 11. Vanguard Treasury Money Market Fund | A | Dividend | J | T | Reinvest | Var | J | | |
| 12. Vanguard GNMA Fund | A | Dividend | J | T | Reinvest | Var | J | | |
| 13. Vanguard Hi-Yld Crp. Bond Fund | A | Dividend | J | T | Reinvest | Var | J | | |
| 14. Vanguard Index 500 Fund | A | Dividend | J | T | Reinvest | Var | J | | |
| 15. Vanguard Prime Cap Fund | A | Dividend | J | T | Reinvest | Var | J | | |
| 16. IRA Vanguard Star Fund | A | Dividend | K | T | Reinvestment | VAR | J | | |
| 17. Vanguard Star Fund | D | Dividend | N | T | Buy | VAR. | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLY, ROBERT F | 03/07/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII

Line 7.: This appears to be inconsistent with the data on Line 7 on the 2005 Report. The 2006 data is correct. On the 2005
Report the codings in Columns B(1) and C (1) are incorrect and inadvertantly represent data that should be exchanged from
one of those columns to the other. Thus the Code in Column B(1) should be "A", and the Code in Column C(1) should be "K"
on Line 7 of the 2005 Report.

Lines 8 through 17: Because an additional row was inserted in connection with the asset on Line 7, the following should be
noted when comparing this Report to the 2005 Report:

Line 8 on this Report was not on the 2005 Report.
Line 9 on this Report was Line 8 on the 2005 Report
Line 10 on this Report was Line 9 on the 2005 Report
Line 11 on this Report was Line 10 on the 2005 Report
Line 12 on this Report was Line 11 on the 2005 Report
Line 13 on this Report was Line 12 on the 2005 Report
Line 14 on this Report was Line 13 on the 2005 Report
Line 15 on this Report was Line 14 on the 2005 Report
Line 16 on this Report was Line 15 on the 2005 Report
Line 17 on this Report was Line 16 on the 2000 Report

| Name of Person Reporting | Date of Report |
|---|---|
| KELLY, ROBERT F | 03/07/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _March 9, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544